SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Fax (916) 481-4224
E-Mail scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>            Plaintiff,<br><br>v.<br><br>SOUV, et al.,<br><br>            Defendants. | No. 2:08-CV-03006-GEB-JFM<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL MARCH 3, 2009 FOR DEFENDANTS CSK AUTO, INC., INDIVIDUALLY AND DBA KRAGEN AUTO PARTS #321, BANK OF THE WEST, INDIVIDUALLY AND AS TRUSTEE OF THE KENNETH STEPHEN KOSIK IRREVOCABLE TRUST, AND THE JOHN ALAN BERGES IRREVOCABLE TRUST, AND THE STEPHEN CRAIG TRIPLETT IRREVOCABLE TRUST TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 the parties below, through their counsel as listed below, enter this Stipulation re Extension of Time to Respond to Complaint Until February 17, 2009 ("Stipulation"). Should any party not sign this Stipulation, it shall remain valid and shall benefit those parties whose counsel do sign.

The parties to the Stipulation are (a), Plaintiff Scott N. Johnson; (b) Defendant CSK AUTO, INC. Individually and dba Kragen Auto Parts #321; and (c) Defendants Bank of the West, individually and as Trustee of the Kenneth Stephen Kosik

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Irrevocable Trust, the John Alan Berges Irrevocable Trust, and The Stephen Craig Triplett Irrevocable Trust (collectively "Trustee Bank").

By and through their respective counsel, the parties hereby stipulate as follows:

1. No extension of time has been previously obtained.

2. To the extent that their counsel have signed this stipulation, Defendants CSK AUTO, INC. Individually and dba Kragen Auto Parts #321, and Defendants Bank of the West, individually and at Trustee of the Kenneth Stephen Kosik Irrevocable Trust, the John Alan Berges Irrevocable Trust, and The Stephen Craig Triplett Irrevocable Trust are each hereby granted extensions through and including Tuesday, March 3, 2009 to respond or otherwise plead reference to Plaintiff's complaint in the above captioned matter.

3. The response to the Complaint of those parties whose counsel have signed this stipulation shall be due no later than March 3, 2009.

IT IS SO STIPULATED effective as of February 10, 2009

Dated:  February 10, 2009        By:  /s/Eugene Han
                                 EUGENE HAN, Esq.
                                 Attorney for Defendant
                                 CSK AUTO, INC., individually and
                                 dba Kragen Auto Parts #321


Dated:  February 10, 2009        By: /s/Mark A. Cameron
                                 MARK A. CAMERON
                                 Attorneys for Defendants
                                 BANK OF THE WEST,
                                 individually and as Trustee of the
                                 Kenneth Stephen Kosik Irrevocable
                                 Trust, and John Alan Berges
                                 Irrevocable Trust, and the Stephen
                                 Craig Triplett Irrevocable Trust

Dated:  February 10, 2009            By:  /s/Scott N. Johnson
                                          SCOTT N. JOHNSON,
                                          Attorney for Plaintiff

**IT IS SO ORDERED**: That Defendants CSK Auto, Inc., Individually and dba Kragen Auto Parts #321, Bank of the West, Individually and as Trustee of the Kenneth Stephen Kosik Irrevocable Trust, and the John Alan Berges Irrevocable Trust, and the Stephen Craig Triplett Irrevocable Trust shall have until March 3, 2009 to respond to complaint.

Dated:  2/12/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3