SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>Nickson Souv, et al,<br><br>    Defendants | Case No. **2:08-cv-03006-GEB-JFM**<br><br>**PLAINTIFF'S REQUEST AND PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: March 30, 2009<br>Time: 9:00 am<br>Courtroom: 10 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from March 30, 2009 to April 27, 2009. Some of the Defendants in this case have not answered and Defendant Jazz Enterprise, Inc. was granted an extension until April 6, 2009. A continuance to April 27, 2009 for the status

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-08-cv-03006-GEB-JFM - 1

conference will give the Defendants ample time to file an answer to Plaintiff's complaint.

Dated: March 10, 2008          /s/Scott N. Johnson ____

                               Scott N. Johnson,

                               Attorney for Plaintiff


**ORDER**

   IT IS HEREBY ORDERED THAT the status conference is continued to April 27, 2009, at 9:00 a.m.  A joint status report is to be filed fourteen days prior to the hearing.

Date: 3/11/09

                               United States District Judge