SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT N. JOHNSON<br><br>          Plaintiff,<br><br>     vs.<br><br>Souv et al<br><br>          Defendants | ) Case No.**2:08-cv-03006-GEB-JFM**<br>)<br>) STIPULATION AND PROPOSED ORDER<br>) RE: EXTENSION OF TIME UNTIL MAY<br>) 6, 2009 FOR DEFENDANT JAZZ<br>) ENTERPRISE INC. TO RESPOND TO<br>) COMPLAINT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Jazz Enterprise Inc., by and through their respective attorneys of record, Scott N. Johnson; Richard M. Glovin, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1   1. An extension of time has been previously
2      obtained for Defendant Jazz Enterprise Inc.
3      until April 6, 2009 to respond or otherwise
4      plead reference to Plaintiff's complaint.
5   2. Defendant Jazz Enterprise Inc. is granted an
6
7      extension until May 6, 2009 to respond or
8      otherwise plead reference to Plaintiff's
9      complaint.
10  3. Defendant Jazz Enterprise Inc.'s response will
11     be due no later than May 6, 2009.
12
13
14    IT IS SO STIPULATED effective as of April 2, 2009
15
16  Dated: April_2_, 2009              /s/Richard M. Glovin ___
17                                     Richard M. Glovin,
18                                     Attorney for Defendant
19
20                                     Jazz Enterprise Inc.
21
22  Dated: April 2, 2009               /s/Scott N. Johnson ____
23                                     Scott N. Johnson,
24                                     Attorney for Plaintiff
25
26
27
28

**IT IS SO ORDERED:** that Defendant Jazz Enterprise Inc. shall have until May 6, 2009 to respond to complaint.


Dated: 4/8/09


GARLAND E. BURRELL, JR.
United States District Judge