IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>        v.<br><br>NICKSON SOUV, d/b/a Donut Time; CSK AUTO INC., d/b/a Kragen Auto Parts #321; JAZZ ENTERPRISE INC., d/b/a Arby's Restaurant; GURSHARN KAUR, d/b/a Manny Cigarette for Less; RAMON E. BERNAL, d/b/a Taqueria Ay Jalisco #3; MARCIA HASSMAN, d/b/a Mr. Pickle Sandwich Shop; DILBAG SINGH, d/b/a Stop 1 Liquor; PNS STORES, INC., d/b/a Big Lots #4288; ELKHORN SHOPPING CENTER, LP, a California Limited Partnership; SAN RAMON SHELL, a California Limited Partnership; RANPREET KAUR GREWAL, d/b/a Stop 1 Liquor,<br><br>        Defendants. | 2:08-cv-03006-GEB-JFM<br><br>ORDER CONTINUING STATUS<br><u>(PRETRIAL SCHEDULING)</u><br>CONFERENCE |

        The parties' Status Report filed April 2, 2009, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for April 27, 2009, is continued to June 1,

1

2009, at 9:00 a.m.  A further joint status report shall be filed no later than 14 days prior to the status conference.

IT IS SO ORDERED.

Dated:  April 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge