IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>NICKSON SOUV, d/b/a Donut Time; CSK AUTO INC., d/b/a Kragen Auto Parts #321; JAZZ ENTERPRISE INC., d/b/a Arby's Restaurant; GURSHARN KAUR, d/b/a Manny Cigarette for Less; RAMON E. BERNAL, d/b/a Taqueria Ay Jalisco #3; MARCIA HASSMAN, d/b/a Mr. Pickle Sandwich Shop; DILBAG SINGH, d/b/a Stop 1 Liquor; PNS STORES, INC., d/b/a Big Lots #4288; ELKHORN SHOPPING CENTER, LP, a California Limited Partnership; SAN RAMON SHELL, a California Limited Partnership; RANPREET KAUR GREWAL, d/b/a Stop 1 Liquor,<br><br>        Defendants. | 2:08-cv-03006-GEB-JFM<br><br>ORDER TO SHOW CAUSE;<br>CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE |

        The Order filed in this action on April 23, 2009, scheduled this case for a Status (Pretrial Scheduling) Conference on June 1, 2009. That Order required the parties to file a joint status report fourteen days prior to the scheduling conference. The Plaintiff filed a status report but failed to file a timely status order as ordered.

        The Plaintiff is warned that failure to meet a Rule 16 filing deadline could be sanctionable conduct. Should an Order to

1

Show Cause ("OSC") be issued in this case for such or other conduct in the future, the plaintiff's failure to file a timely status report may also be the subject of such an OSC.  The plaintiff is mistaken if he believes that filing deadlines can be ignored with impunity from being the subject of sanctioning jurisprudence.

Although the Status (Pretrial Scheduling) Conference set for June 1, 2009, is continued to commence at 9:00 a.m., on June 29, 2009, this continuance should not be viewed as acquiescence in his failure to file a timely status report.  A joint status report shall be filed no later than 14 days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: May 28, 2009

GARLAND E. BURRELL, JR.
United States District Judge