IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,               )<br>                                 )<br>          Plaintiff,             )<br>                                 )<br>     v.                          )<br>                                 )<br> CSK Auto Inc.,                  )<br>                                 )<br>          Defendant.[1]          )<br> _____ ) | 2:08-cv-03006-GEB-JFM<br><br><u>ORDER RE: SETTLEMENT<br>AND DISPOSITION</u> |

     On June 24, 2009, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action." Further, Plaintiff states that "[d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than July 14, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action

---

[1] The caption was modified to reflect dismissal of Defendants Nickson Souv, Gursharn Kaur, Ramon E. Bernal, Marcia Hassman, Dilbag Singh, Elkhorn Shopping Center, LP, San Ramon Shell and Ranpreet Kaur Grewal by order filed June 23, 2009.

1

without prejudice, and a dismissal order could be filed.  <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated:  June 30, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge